EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.* JOSÉ RODRÍGUEZ, acusado y apelante.

No. 4813.—*Sometido:* Febrero 9, 1933. *Resuelto:* Mayo 10, 1933.

*Celestino Iriarte* y *F. Fernández Cuyar,* abogados del apelante; *R. A. Gómez, Fiscal,* abogado de El Pueblo, apelado.

El Juez Asociado Señor Wolf, emitió la opinión del tribunal.

José Rodríguez fué acusado del delito de asesinato por haber disparado y dado muerte a Andrés Encarnación, conocido también por Andrés Osorio. Luego de celebrado el juicio el jurado le declaró culpable de homicidio voluntario y la corte le sentenció a dos años de presidio con trabajos forzados. Los señalamientos de error son: primero, que la sentencia (*sic*) es contraria a la prueba; y segundo, que la corte actuó movida por pasión, prejuicio y parcialidad.

El resumen de la prueba hecho por el acusado en su alegato es como sigue: En la noche del 11 al 12 de octubre de 1930 se celebraba un baile en la casa de Valeriano Hernández, en el barrio Barraza, de Carolina, y en él se encontraba, entre otras personas, el acusado José Rodríguez. Comenzado el baile, se presentó un grupo de hombres, entre los cuales se encontraba el interfecto, Andrés Osorio, y les fué permitido entrar a la casa con objeto de tomar parte en el baile. Al poco rato de su llegada, se suscitó entre alguno o algunos de ese grupo, y alguno o algunos de los que ya estaban en la casa, un disgusto que, según algunos testigos, no pasó de un intercambio de palabras, y, según otros, llegó a vías de hecho, culminando en botellazos, puñetazos, etc. Cuando Valeriano Hernández dió por terminado el baile y ordenó que se desalojara la casa, el grupo de Osorio salió a pie por la carretera con dirección a Santurce, y al poco rato Rodríguez y otros salieron en igual dirección, con el objeto de acompañar hasta su casa a algunas jóvenes que estaban en el baile, y como a dos kilómetros de distancia y después que quedaron

las jóvenes en su casa, casi frente a ésta, se armó una refriega general entre ambos bandos. Finalmente, cuando se apartaron los contendientes, alguien del grupo de Rodríguez disparó un tiro, y con ese motivo el interfecto y su gente se retiraron corriendo, y al momento se oyeron dos o tres disparos más que no se ha determinado precisamente de dónde partieron. Algunos testigos dicen que vieron a Osorio caer mientras corría, y otros dicen que no lo vieron porque la carretera formaba una curva en ese sitio, pero lo cierto es que Osorio apareció tendido a un lado de la carretera, muerto de una herida de bala.

Ésta es la versión del acusado, mas por la prueba el jurado tenía derecho a creer del testimonio de testigos oculares que el disparo fatal procedió del acusado Rodríguez. El apelante en su alegato discute el caso tal cual si se tratara de un asunto de prueba circunstancial. Llama nuestra atención hacia el hecho de que el doctor declaró que después de haber sido herido Osorio, sólo pudo haber caminado una corta distancia y de este testimonio, y quizá de algo más, el acusado se forjó la teoría de que no se demostró ante el jurado que el disparo que ocasionó la muerte a Osorio procedía del acusado. Éste sostiene que el supuesto disparo que de él procedió fué en todo caso hecho antes de que el interfecto comenzara a correr y que por consiguiente debió haber sido un disparo posterior el que efectivamente ocasionó la muerte a Osorio.

Convenimos con el fiscal en que la declaración del doctor es del todo consistente con la idea de que Osorio después de haber sido herido corrió un corto trecho y en realidad uno o más de los testigos declararon que Osorio cayó antes de doblar una supuesta curva y a una distancia algo menor de la que según el doctor podía caminar.

La prueba fué indubitada respecto a que el disparo que produjo la muerte a Osorio le fué hecho hacia el frente, y tendió a demostrar que él estaba vuelto hacia el grupo que

le perseguía antes de recibir el disparo fatal, y la inferencia era que éste difícilmente le pudo ser hecho mientras huía.

Igualmente convenimos con el fiscal en que la prueba tendió a demostrar que Rodríguez dijo "Hay que quemar a esos de Santurce a tiros," y que el jurado tenía derecho a considerar este testimonio al determinar la culpabilidad del acusado.

Ninguna de las partes ha discutido el punto, pero es dudoso, por lo menos, que Rodríguez no fuera un autor del delito, aun si no hizo el disparo que le produjo la muerte a Osorio. Artículo 36 del Código Penal; *El Pueblo* v. *Vélez,* 32 D.P.R. 382.

Cuando el acusado fué arrestado por el jefe de la policía, negó haber tomado participación en la refriega o que tuviera revólver. Durante el juicio ocupó la silla de los testigos e igualmente negó que portara un revólver.

No hallamos nada en los autos que demuestre que la corte o el jurado actuaran con prejuicio.

*Debe confirmarse la sentencia.*